UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

NILOUFAR EBADI                                              :

    Plaintiff,                                       :

    v.                                               :

DIAMOND STANDARD INC. and                          :
DIAMOND STANDARD LLC

                                        :

    Defendants.
---------------------------------------------------------------X

Index No. 24:cv:00103

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Niloufar Ebadi, in the above-named case appeals to

the United States Court of Appeals for the Second Circuit from the judgment and order entered

on March 6, 2026 that granted defendants' motion for summary judgment dismissing plaintiff's

Complaint.

Dated:  April 1, 2026
       New York, NY

                                     LAW OFFICES OF JOSHUA PARKHURST

                                      By:   *Joshua Parkhurst*

                                      Joshua Parkhurst
                                      11 Broadway, Suite 615
                                      New York, NY  10004

CLOSED,APPEAL,ECF,MEDTFR4

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:24–cv–00103–JLR

Ebadi v. Diamond Standard Inc. et al
Assigned to: Judge Jennifer L. Rochon
Cause: 28:1331ed Fed. Question: Employment Discrimination

Date Filed: 01/05/2024
Date Terminated: 03/06/2026
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Niloufar Ebadi**                    represented by    **Joshua Samuel Carlo Parkhurst**
Law Offices of Joshua Parkhurst
11 Broadway, Suite 615
New York, NY 10004
201–577–2644
Fax: 201–480–0560
Email: jparkhurst@gileslawfirmllc.com
*ATTORNEY TO BE NOTICED*

**Max Christopher Bracero**
Phillips & Associates, PLLC
45 Broadway
Ste 28th Floor
New York, NY 10006
212–248–7431
Email: mbracero@tpglaws.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Diamond Standard Inc.**              represented by    **Michael Louis Abitabilo**
Jackson Lewis P.C. (WP)
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872–8060
Fax: (914) 946–1216
Email: michael.abitabilo@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Chow**
Jackson Lewis P.C.
44 South Broadway
Ste 14th Floor
White Plains, NY 10601
914–872–8060
Email: jill.chow@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Diamond Standard LLC**               represented by    **Michael Louis Abitabilo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Chow**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2024 | 1 | COMPLAINT against DIAMOND STANDARD LLC, Diamond Standard Inc.. (Filing Fee $ 405.00, Receipt Number ANYSDC–28775924)Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 01/05/2024) |
| 01/05/2024 | 2 | REQUEST FOR ISSUANCE OF SUMMONS as to DIAMOND STANDARD INC. and DIAMOND STANDARD LLC, re: 1 Complaint. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 01/05/2024) |
| 01/05/2024 | 3 | CIVIL COVER SHEET filed..(Bracero, Max) (Entered: 01/05/2024) |
| 01/08/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jennifer L. Rochon. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 01/08/2024) |
| 01/08/2024 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 01/08/2024) |
| 01/08/2024 | | Case Designated ECF. (pc) (Entered: 01/08/2024) |
| 01/08/2024 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Max Christopher Bracero. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (pc) (Entered: 01/08/2024) |
| 01/08/2024 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Max Christopher Bracero. The party information for the following party/parties has been modified: DIAMOND STANDARD LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (pc) (Entered: 01/08/2024) |
| 01/08/2024 | 4 | ELECTRONIC SUMMONS ISSUED as to Diamond Standard Inc., Diamond Standard LLC..(pc) (Entered: 01/08/2024) |
| 01/18/2024 | 5 | AFFIDAVIT OF SERVICE. Diamond Standard Inc. served on 1/16/2024, answer due 2/6/2024. Service was accepted by NANCY DOUGHERTY, LEGAL CLERK. Document filed by Niloufar Ebadi..(Phillips, William) (Entered: 01/18/2024) |
| 01/24/2024 | 6 | AFFIDAVIT OF SERVICE. Diamond Standard LLC served on 1/18/2024, answer due 2/8/2024. Service was accepted by Donna Doe. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 01/24/2024) |
| 02/02/2024 | 7 | NOTICE OF APPEARANCE by Michael Louis Abitabilo on behalf of Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 02/02/2024) |
| 02/02/2024 | 8 | LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated February 2, 2024. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 02/02/2024) |
| 02/02/2024 | 9 | ORDER granting 8 Letter Motion for Extension of Time to Answer re 8 LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated February 2, 2024. The requested extension of time to respond to the Complaint until February 27, 2024, is GRANTED. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 2/2/2024) Diamond Standard Inc. answer due 2/27/2024; Diamond Standard LLC answer due 2/27/2024 (ks) |

| | | (Entered: 02/02/2024) |
|---|---|---|
| 02/27/2024 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Diamond Standard Inc. for Diamond Standard LLC. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 02/27/2024) |
| 02/27/2024 | 11 | ANSWER to 1 Complaint. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 02/27/2024) |
| 03/04/2024 | 12 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M–10–468 Second Amended Standing Order). Please reference the Pilot Discovery Protocols, attached, and the Mediation Program Procedures (https://nysd.uscourts.gov/programs/mediation–adr). E–mail MediationOffice@nysd.uscourts.gov, telephone 212–805–0643. Mediator to be Assigned by 3/18/2024. (Signed by Judge Loretta A. Preska on 10/1/2015) (rpr) (Entered: 03/04/2024) |
| 03/07/2024 | | NOTICE OF MEDIATOR ASSIGNMENT – Notice of assignment of mediator. Mediator Schedule due by 4/8/2024.(sge) (Entered: 03/07/2024) |
| 03/13/2024 | 13 | NOTICE OF APPEARANCE by Jill Chow on behalf of Diamond Standard Inc., Diamond Standard LLC..(Chow, Jill) (Entered: 03/13/2024) |
| 03/26/2024 | | FIRST MEDIATION CONFERENCE. Mediation Conference scheduled for 6/5/2024 at 10:00 AM in telephone or video conference.(sge) (Entered: 03/26/2024) |
| 06/06/2024 | 15 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 6/25/2024 at 10:00 AM in Courtroom 20B, 500 Pearl Street, New York, NY 10007 before Judge Jennifer L. Rochon. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 6/6/2024) (jca) (Entered: 06/06/2024) |
| 06/14/2024 | 16 | LETTER MOTION to Adjourn Conference addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated June 14, 2024. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/14/2024) |
| 06/14/2024 | 17 | ORDER granting 16 Letter Motion to Adjourn Conference.The request to adjourn the initial pretrial conference is GRANTED. The conference shall now be held on July 9, 2024, at 12:00 p.m. SO ORDERED. Initial Conference set for 7/9/2024 at 12:00 PM before Judge Jennifer L. Rochon.. (Signed by Judge Jennifer L. Rochon on 6/14/2024) (jca) (Entered: 06/14/2024) |
| 06/28/2024 | 18 | LETTER addressed to Judge Jennifer L. Rochon from Max Bracero dated 6/28/24 re: Joint Pre–Trial Status Letter. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 06/28/2024) |
| 06/28/2024 | 19 | PROPOSED SCHEDULING ORDER. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 06/28/2024) |
| 07/09/2024 | 20 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge Deposition due by 10/25/2024. Fact Discovery due by 11/6/2024. Expert Discovery due by 12/20/2024. Discovery due by 12/20/2024. Case Management Conference set for 1/28/2025 at 10:00 AM before Judge Jennifer L. Rochon. Status Conference set for 1/28/2025 at 10:00 AM before Judge Jennifer L. Rochon. This case is to be tried to a jury. (Signed by Judge Jennifer L. Rochon on 7/9/2024) (tro) (Entered: 07/09/2024) |
| 07/09/2024 | | Minute Entry for proceedings held before Judge Jennifer L. Rochon: Initial Pretrial Conference held on 7/9/2024. (aba) (Entered: 07/26/2024) |
| 10/04/2024 | 21 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Jennifer L. Rochon from Max C. Bracero, Esq. dated 10/4/24. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 10/04/2024) |
| 10/07/2024 | 22 | ORDER granting 21 Letter Motion for Extension of Time to Complete DiscoveryThe request is GRANTED. The new deadlines to complete discovery deadlines are as follows: Completion of depositions: November 25, 2024 Fact discovery: December 4, 2024 Plaintiff's expert disclosures: December 26, 2024 Defendants' expert disclosures: January 8, 2025 Expert discovery: January 17, 2025. SO ORDERED. (Signed by |

| | | Judge Jennifer L. Rochon on 10/7/2024) (jca) (Entered: 10/07/2024) |
|---|---|---|
| 10/07/2024 | | Set/Reset Deadlines: Deposition due by 11/25/2024. Expert Discovery due by 1/17/2025. Fact Discovery due by 12/4/2024. (jca) (Entered: 10/07/2024) |
| 11/18/2024 | 23 | PROPOSED PROTECTIVE ORDER. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 11/18/2024) |
| 11/19/2024 | 24 | PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...SO STIPULATED AND AGREED. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 11/19/2024) (jca) (Entered: 11/19/2024) |
| 11/22/2024 | 25 | SECOND LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Jennifer L. Rochon from Max C. Bracero, Esq. dated 11/22/24. Document filed by Niloufar Ebadi. Return Date set for 11/25/2024 at 10:00 AM..(Bracero, Max) (Entered: 11/22/2024) |
| 11/25/2024 | 26 | ORDER granting 25 Letter Motion for Extension of Time to Complete Discovery. The requested extensions are GRANTED. This is the final discovery extension the Court will approve absent extraordinary circumstances. The new deadlines are as follows: Completion of depositions: January 31, 2025. Fact discovery: February 28, 2025. Expert discovery: March 28, 2025. Post–Discovery Conference: April 15, 2025 at 10 a.m. SO ORDERED. Deposition due by 1/31/2025. (Signed by Judge Jennifer L. Rochon on 11/24/2024) (sgz) (Entered: 11/25/2024) |
| 11/25/2024 | | Set/Reset Deadlines: ( Expert Discovery due by 3/28/2025., Fact Discovery due by 2/28/2025.), Set/Reset Hearings:( Case Management Conference set for 4/15/2025 at 10:00 AM before Judge Jennifer L. Rochon.) (sgz) (Entered: 11/25/2024) |
| 03/25/2025 | 27 | LETTER MOTION for Conference *Seeking Permission to File Motion for Summary Judgment* addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated March 25, 2025. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 03/25/2025) |
| 04/01/2025 | 28 | LETTER MOTION for Conference addressed to Judge Jennifer L. Rochon from Max C. Bracero dated 4/1/25. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 04/01/2025) |
| 04/08/2025 | 29 | STATUS REPORT. – *Joint Post–Discovery Status Update* Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 04/08/2025) |
| 04/15/2025 | | Minute Entry for proceedings held before Judge Jennifer L. Rochon: Pre–Motion Conference held on 4/15/2025. (aba) (Entered: 04/15/2025) |
| 04/15/2025 | 30 | ORDER As discussed on the record at the post–discovery, pre–motion conference, the Court sets forth the following briefing schedule for Defendants' motion for summary judgment: (1) Defendants' opening brief shall be due May 20, 2025; (2) Plaintiff's opposition brief shall be due June 10, 2025; and (3) Defendants' reply brief shall be due June 24, 2025. The Clerk of Court is respectfully directed to terminate the motions at Dkt. 27 and Dkt. 28. SO ORDERED. (Motions due by 5/20/2025., Replies due by 6/24/2025., Responses due by 6/10/2025), Motions terminated: 28 LETTER MOTION for Conference addressed to Judge Jennifer L. Rochon from Max C. Bracero dated 4/1/25. filed by Niloufar Ebadi, 27 LETTER MOTION for Conference *Seeking Permission to File Motion for Summary Judgment* addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated March 25, 2025. filed by Diamond Standard LLC, Diamond Standard Inc.. (Signed by Judge Jennifer L. Rochon on 4/15/2025) (jca) (Entered: 04/15/2025) |
| 05/12/2025 | 31 | FIRST LETTER MOTION for Extension of Time *to file Motion for Summary Judgment* addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated 5/12/2025. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 05/12/2025) |
| 05/12/2025 | 32 | ORDER granting 31 Letter Motion for Extension of Time. The requested extension is GRANTED. Defendants' motion for summary judgment is due June 10, 2025; Plaintiff's opposition is due July 1, 2025; and Defendants' reply is due July 15, 2025. |

| | | |
|---|---|---|
| | | Motions due by 6/10/2025.. (Signed by Judge Jennifer L. Rochon on 5/12/2025) (tro) (Entered: 05/12/2025) |
| 05/12/2025 | | Set/Reset Deadlines: Responses due by 7/1/2025 Replies due by 7/15/2025. (tro) (Entered: 05/12/2025) |
| 06/05/2025 | 33 | LETTER MOTION for Extension of Time addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated June 5, 2025. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/05/2025) |
| 06/06/2025 | 34 | ORDER granting 33 Letter Motion for Extension of Time. The requested extension is GRANTED. Defendants' deadline to file their motion papers is extended to June 20, 2025, with Plaintiff's opposition due July 11, 2025 and Defendants' reply due July 25, 2025. The parties' Local Rule 56.1 Joint Statement of Undisputed Facts shall be due on or before June 13, 2025. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 6/6/2025) (jca) (Entered: 06/06/2025) |
| 06/06/2025 | | Set/Reset Deadlines: Motions due by 6/20/2025. Responses due by 7/11/2025 Replies due by 7/25/2025. (jca) (Entered: 06/06/2025) |
| 06/13/2025 | 35 | RULE 56.1 STATEMENT. Document filed by Diamond Standard Inc...(Abitabilo, Michael) (Entered: 06/13/2025) |
| 06/20/2025 | 36 | MOTION for Summary Judgment . Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | 37 | MEMORANDUM OF LAW in Support re: 36 MOTION for Summary Judgment . . Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | 38 | RULE 56.1 STATEMENT. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | 39 | DECLARATION of Cormac Kinney in Support re: 36 MOTION for Summary Judgment .. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 06/20/2025) |
| 06/20/2025 | 40 | AFFIRMATION of Michael L. Abitabilo, Esq. in Support re: 36 MOTION for Summary Judgment .. Document filed by Diamond Standard Inc., Diamond Standard LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25).(Abitabilo, Michael) (Entered: 06/20/2025) |
| 07/11/2025 | 41 | MEMORANDUM OF LAW in Opposition re: 37 Memorandum of Law in Support of Motion . Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 07/11/2025) |
| 07/11/2025 | 42 | COUNTER STATEMENT TO Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 07/11/2025) |
| 07/11/2025 | 43 | DECLARATION of Max C, Bracero in Support re: 41 Memorandum of Law in Opposition. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 07/12/2025) |
| 07/12/2025 | 44 | LETTER addressed to Judge Jennifer L. Rochon from Max C. Bracero dated 7/12/25 re: Exhibit Upload Error. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 07/12/2025) |
| 07/14/2025 | 45 | DECLARATION of Max C. Bracero in Opposition re: 36 MOTION for Summary Judgment .. Document filed by Niloufar Ebadi. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19, # 19 Exhibit 20, # 20 Exhibit 21, # 21 Exhibit 22, # 22 Exhibit 23, # 23 Exhibit 24, # 24 Exhibit 25, # 25 Exhibit 26).(Bracero, Max) (Entered: 07/14/2025) |
| 07/14/2025 | 46 | RESPONSE to Motion re: 36 MOTION for Summary Judgment . *Plaintiff's Ex. 2*. Document filed by Niloufar Ebadi..(Bracero, Max) (Entered: 07/14/2025) |

| | | |
|---|---|---|
| 07/21/2025 | 47 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Jennifer L. Rochon from Michael L. Abitabilo dated July 21, 2025. Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 07/21/2025) |
| 07/22/2025 | 48 | ORDER granting 47 Letter Motion for Extension of Time to File Response/Reply. The requested extension is GRANTED. The deadline for Defendants' reply is August 8, 2025. In light of the extensions already granted, Defendants should not expect future extensions to the briefing schedule. SO ORDERED. Replies due by 8/8/2025.. (Signed by Judge Jennifer L. Rochon on 7/22/2025) (jca) (Entered: 07/22/2025) |
| 08/08/2025 | 49 | REPLY MEMORANDUM OF LAW in Support re: 36 MOTION for Summary Judgment . . Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 08/08/2025) |
| 08/08/2025 | 50 | REPLY to Response to Motion re: 36 MOTION for Summary Judgment . . Document filed by Diamond Standard Inc., Diamond Standard LLC..(Abitabilo, Michael) (Entered: 08/08/2025) |
| 08/08/2025 | 51 | REPLY AFFIRMATION of Michael L. Abitabilo in Support re: 36 MOTION for Summary Judgment .. Document filed by Diamond Standard Inc., Diamond Standard LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Abitabilo, Michael) (Entered: 08/08/2025) |
| 03/03/2026 | 52 | OPINION AND ORDER re: 36 MOTION for Summary Judgment . filed by Diamond Standard LLC, Diamond Standard Inc. For all of these reasons, the Court GRANTS Defendants' motion for summary judgment and dismisses all claims. The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 36 and close the case. SO ORDERED. (Signed by Judge Jennifer L. Rochon on 3/3/2026) (jca) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/03/2026) |
| 03/06/2026 | 53 | CLERK'S JUDGMENT re: 52 Memorandum & Opinion in favor of Diamond Standard Inc., Diamond Standard LLC against Niloufar Ebadi. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 3, 2026, the Court GRANTS Defendants' motion for summary judgment and dismisses all claims. Accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/6/2026) (Attachments: # 1 Appeal Package) (tp) (Entered: 03/06/2026) |
| 04/01/2026 | 54 | NOTICE OF APPEARANCE by Joshua Samuel Carlo Parkhurst on behalf of Niloufar Ebadi..(Parkhurst, Joshua) (Entered: 04/01/2026) |
| 04/01/2026 | 55 | NOTICE OF APPEAL from 52 Memorandum & Opinion, 53 Clerk's Judgment,. Document filed by Niloufar Ebadi. Filing fee $ 605.00, receipt number BNYSDC–32634646. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Parkhurst, Joshua) (Entered: 04/01/2026) |