# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

NILOUFAR EBADI,

       Plaintiff,         24 **CIVIL** 00103 (JLR)

   -against-            **JUDGMENT**

 DIAMOND STANDARD INC. and
 DIAMOND STANDARD LLC.

       Defendants.

--------------------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 3, 2026, the Court GRANTS Defendants'

motion for summary judgment and dismisses all claims. Accordingly, the case is closed.

**Dated:** New York, New York

  March 6, 2026

            **TAMMI M. HELLWIG**

             _____

              **Clerk of Court**

     **BY:**

             _____

              **Deputy Clerk**